(August 23, 1995)

■ In the Matter of RENEE D. BARBEL et al., Appellants, v GERALD LEBOVITS, Respondent, et al., Respondent. [631 NYS2d 244] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on August 18, 1995, unanimously affirmed, without costs or disbursements, for the reasons stated by Shainswit, J. Concur—Rubin, J. P., Kupferman, Williams and Mazzarelli, JJ.

■ In the Matter of JOSE A. BATISTA, Appellant, v RAMON L. ARACHE et al., Respondents, et al., Respondent. [631 NYS2d 244] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on August 21, 1995, unanimously affirmed, without costs or disbursements, for the reasons stated by the Special Referee. Concur—Rubin, J. P., Kupferman, Williams, Tom and Mazzarelli, JJ.